[No. 13230–3–II. Division Two. October 29, 1990.]

CHARLES S. LYTLE, ET AL, *Appellants,* v. THE DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 88–2–02120–9, Carol A. Fuller, J., entered September 11, 1989. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Morgan, J.

[No. 13080–7–II. Division Two. October 29, 1990.]

THURSTON COUNTY PUBLIC UTILITY DISTRICT No. 1, *Appellant,* v. THURSTON COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86–2–01155–0, Robert J. Doran, J., entered July 28, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 13221–4–II. Division Two. October 31, 1990.]

VANCOUVER FEDERAL SAVINGS BANK, *Respondent,* v. JAMES D. FORD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 88–2–01371–7, Barbara D. Johnson, J., entered December 9, 1988. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Draper, J. Pro Tem.